IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.                    Civil Action No. 2:18-cv-01300

THE SUM OF $4,733.00 IN UNITED STATES CURRENCY.

    Defendant.

### VERIFIED COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by its representative, Christopher R. Arthur, Assistant United States Attorney for the Southern District of West Virginia, hereby brings this Verified Complaint and alleges as follows in accordance with Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

### NATURE OF THE ACTION

1. This is a civil action brought on behalf of the United States of America, pursuant to 18 U.S.C. § 983, to enforce the provisions of 21 U.S.C. § 881(a)(6) for the forfeiture of a certain sum of currency constituting proceeds of, or which was used or intended to be used in any manner or part to commit or to facilitate the commission of one or more violations of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq.*

**THE DEFENDANT IN REM AND POTENTIAL INTERESTED PARTIES**

2. The defendant property consists of $4,733.00, more or less, in United States Currency that was seized on or about March 2, 2018, from Travis R. Edwards at 2422 Shadyside Road, Saint Albans, West Virginia, pursuant to a West Virginia state search warrant that was executed by members of the Charleston DEA Task Force. The currency is subject to forfeiture because it constitutes drug proceeds from Travis Edwards' drug distribution, and is being forfeited under 21 U.S.C. § 881(a)(6) in violation of 21 U.S.C. § 841.

3. As part of the plea agreement signed on July 2, 2018, Mr. Travis Edwards agreed "[t]o forfeit to the United States any and all property in Mr. Edwards possession or under his control which constitutes proceeds of or facilitated the distribution of controlled substances including, but not limited to, the following property that was seized from Mr. Edwards on or about March 2, 2018: (1) $4,733.00, more or less, in United States currency".

4. The above-described seized currency is presently in the custody of the United States Marshals Service Seized Asset Deposit Fund, reference CATS NO. 18-DEA-639175.

**JURISDICTION AND VENUE**

5. Plaintiff, United States of America, brings this action in rem in its own right to forfeit and condemn the defendant

property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

6. Venue is proper in this district, pursuant to 28 U.S.C. § 1355(b)(1)(A), since the acts or omissions giving rise to the forfeiture occurred in the Southern District of West Virginia. Upon the filing of this verified complaint, the plaintiff requests that the Clerk of this Court issue an arrest warrant <u>in rem</u> pursuant to Supplemental Rule G(3)(b)(i), which the plaintiff will execute upon the seized currency pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

## **BASIS FOR FORFEITURE**

7. The facts giving rise to the forfeitability of the defendant currency are as follows:

(A) Starting in February 2018, the Drug Enforcement Administration (DEA) opened an investigation into the distribution of heroin by Travis Edwards as a source of supply of heroin throughout Southern West Virginia.

(B) The DEA established a reliable Confidential Human Source (CHS) that purchased heroin from Travis Edwards which was observed by DEA agents.

(C) DEA Agents' observation of the heroin sale by Travis Edwards to the CHS led to the DEA obtaining a search warrant for

3

2422 Shadyside Road, Saint Albans, West Virginia. Upon execution of the warrant, officers located heroin in the drawer under the bed, $4,733.00 in U.S. currency the headboard of the bed, a Ruger 38 Cal. Revolver and ammunition in the bedroom closet, a bag of marijuana in the living room coffee table, and a hashish oil vape cigarette in a kitchen cabinet.

8. In addition to the seizure of the controlled substance of heroin and marijuana, DEA seized the $4,733.00 U.S. Currency.

9. On July 2, 2018, Travis Edwards entered into a plea agreement where he pled guilty to a violation of 21 U.S.C. § 841(a)(1).

10. The Court scheduled a sentencing hearing for October 25, 2018.

11. Mr. Edwards submitted certified financial statements to the United States reflecting that he is without sufficient funds to support him having access to $4,733.00 in cash.

12. Mr. Edwards as part of his plea agreement agreed to cooperate with the United States to effectuate forfeiture.

13. Based on the fact that Mr. Edwards does not have an income to support this amount of cash on hand, the currency was seized and is being processed for forfeiture as it represents proceeds from Edward's illegal drug activities.

4

WHEREFORE, the United States prays that process of warrant <u>in rem</u> issue for the arrest of the defendant currency; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property be forfeited to the United States for disposition according to law; and that the United States be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

    Respectfully submitted,

    MICHAEL B. STUART
    United States Attorney

    <u>s/ Christopher R. Arthur</u>
    Christopher R. Arthur
    Assistant United States Attorney
    WV State Bar No. 9192
    300 Virginia Street, 400
    Charleston, WV  25701
    Telephone:  304-340-3522
    Fax:  304-
    E-mail: <u>chris.arthur@usdoj.gov</u>

## VERIFICATION

I, Steven G. Martin, Detective with the Putnam County Narcotics Unit in Putnam County, West Virginia, and assigned as a Task Force Officer for the Drug Enforcement Administration, declares under penalty of perjury as provided by 28 U.S.C. § 1746, the following:

That the foregoing Complaint for Forfeiture in rem is based upon information I have gathered and which has been provided to me by various law enforcement personnel, and that everything contained therein is true and correct to the best of my knowledge and belief.

Executed on September 14th, 2018.

_____
Steven G. Martin

Taken, subscribed and sworn to before me this 14th day of September, 2018.

_____
Notary Public

My commission expires on April 26, 2020.



OFFICIAL SEAL
STATE OF WEST VIRGINIA
NOTARY PUBLIC
DIANA L. ROBERTS
1804 Anna Street
Charleston, WV 25302
My Commission Expires April 26, 2020

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
The sum of $4,733.00 in United States Currency

County of Residence of First Listed Defendant   Kanawha
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 U.S.C. 881(a)(6)

Brief description of cause:
Forfeiture or drug proceeds

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE 9/14/18

SIGNATURE OF ATTORNEY OF RECORD
*Christopher R. Arthur*

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____